ISAIAH B. ROTER (SBN 82743)
MICHELE R. STAFFORD (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94l05
Telephone:  (4l5)  882-7900
email@sjlawcorp.com

Attorneys for Plaintiffs,
ILWU WAREHOUSEMEN'S WELFARE
FUND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU WAREHOUSEMEN'S WELFARE FUND; et al.,<br><br>                              Plaintiffs,<br>v.<br><br>ALFRED DUNHILL OF LONDON, INC., ALFRED DUNHILL NORTH AMERICA LIMITED,<br><br>                              Defendant. | CASE NO.: C 05-2008 CRB<br><br>REQUEST FOR VOLUNTARY DISMISSAL |

Plaintiffs hereby request dismissal of this action without prejudice, under Federal Rule of Civil Procedure 41(a).  Defendant has not filed an Answer or a Motion for Summary Judgment; Plaintiffs have not previously filed or dismissed any similar action against defendant.  The matter has now been settled between the parties.

Dated:  February 22, 2006               SALTZMAN & JOHNSON LAW
                                        CORPORATION

                                        By:    _____/s/_____
                                               Michele R. Stafford
                                               Attorneys for Plaintiffs

**IT IS SO ORDERED**.

Date:  _February 23, 2006_____          _____
                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

                                        IT IS SO ORDERED
                                        Judge Charles R. Breyer

**REQUEST FOR VOLUNTARY DISMISSAL**
**C 05-2008 CRB**

1